FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 MAY 27 PM 2:20

MJO
550

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

ALEXANDER III, ROBERT          JOSEPH
(Last)                (First)              (Initial)

CDC #
Prisoner Number P-07071   PFN# AYC·552

Institutional Address 5325 Broder bl. Dublin, CA. 94568

MMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2987 MMC

ROBERT JOSEPH ALEXANDER III
(Enter the full name of plaintiff in this action.)

vs.

STATE OF CALIFORNIA, Governor,
Dept. Of Corrections, Parole Authority,
Secretary of Correction's James Tilton,
C.C.P.O.A., Pleasanton Police Dept., St. D II DAPO
(Enter the full name of the defendant(s) in this action)

Case No. _____ (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement ALA. County Sheriff's OFFICE DETENTION & CORRECTIONS DIVISION

B. Is there a grievance procedure in this institution?
   YES (X)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (X)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. Case: H25646  CEN: 8248203  writ, However it was of no use, proved to be disregarded, when Parole Authority pursuid with a Revocation Extension Hearing on 4-29-08, and gave me 11 months flat time, along with additional year extension of parole. Even when the parole controlling case number was activated by writ petition on 4-24-08 in ALA Superior Court. Further Proving that Relief is

COMPLAINT       - 1 -

1. Informal appeal _I recieved no response or reciept log #'s for my P.C. 832.5 citizens complaints, I filed grievance for a 602 Inmate Appeal form._

2. First formal level _I recieved instruction via the Valdivia V. Schwarzenegger packet & from the Deputy Commissioner that the 602 Appeal process is no_

3. Second formal level _longer recognized for redress of grievance due to the Stipulated permanent Injunction Relief of that Settlement. Only By Writ of HABEAS CORPUS, which I filed also._

4. Third formal level _I filed numerous P.C. 832.5 Citizen's Complaints & 602 Inmate Appeal. However this System is no longer used or recognized by CDC 'PAROLE Authority' only WRIT And That isn't enough to Secure Due Process as a Parolee._

E. Is the last level to which you appealed the highest level of appeal available to you? _Alameda County Superior Court writ Petition & P.C. 832.5 Citizens Complaint to The Director of CDC._

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _As of 2005 PAROLE Authority eliminated the said Constitutional right to Petition the Government for Redress of Grievance Due to Valdivia V. Schwarzenegger (No. Civ. S-94-0671 LKK/GGH (Permanent Injunction) as of July 4, 2005_

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Robert Joseph Alexander III_
_5325 Broder bl. Dublin, CA. 94568_
_CDC # P07071   PFN # AYC-552_

B. Write the full name of each defendant, his or her official position, and his or her place of employment. _All parties in an individual & official capacity RECO ACT_

_The State of California Governor: Arnold Schwarzenegger; Gov's office_

COMPLAINT          - 2 -

1  The California Attorney General's, Secretary of Corrections James Tilton,
2  B.P.H. Parole Authority, SLD Region II Administrator, San Leandro Region II DAPO
3  Agents Parole unit, Pleasanton Police Dept., Alameda County Sherriffs office
4  Detention & Corrections Division, Cal PAP, Agent's Bent, Snyder, Johnson, & CCPOA, CDCR
   Officer Ryan Lehew # 246
   Officer # 245, and officers mentioned in Petitions

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  Petitioner has been unlawfully detained by the said State of California,
11  Dept. of corrections inc., renegade DAPO Agents who incorporated the unlawful
12  assistance of the Pleasanton Police Dept. They further denied me my Due
13  Process constitutional rights, Violated Universal, governing Federal and
14  State laws. Falsified documentation, False reports, Entrapment, Embezelment,
15  Kidnap, terrorist threats, witness tampering, forwarding fraudulent gov. documents
16  via federal controlled telecomunication and fax/U.S. Mail. Circumventing a
17  Federal order for Permanent Injunctive relief; exploiting their Ethical
18  Duty for unlawful incorporated, organized Criminal Acts & operations.
19  Utilizing the Complete State Justice System as the base for the
20  intriquate design and execution of their Clandestine Criminal acts.
21  While utilizing CDCR, BPH, County Jails, City, State, and Federal gov. as
22  Political tools for manipulation.

23  IV.   Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  A complete thorough & Formal Federal investigation be mandated
27  along with Federal Intervention, Mandate the State of California
28  to Produce all complaints filed by P.C. 832.5, Pursue, Injunctive Relief

Please Send Petitioner copy of complaint. There is no law library or pro-per system here.

COMPLAINT                              - 3 -

13,000,000.

1. Monetary damages, full Pardon, Federal Aid & assistance for me and my
2. family, criminal charges be filed on the DAPo Agents, Pleasanton Police
3. officers, and State representative's who are the beneficiaries of the criminal
4. pursuit for hire. And Prayors for Relief described in Petitions H25646
   CV 082417 MMC
5. I declare under penalty of perjury that the foregoing is true and correct.   PR
   P.C. 832.5
6. (citizens complaints)

7. Signed this __19th__ day of __MAY__, 20__08__

9. _____
10. (Plaintiff's signature)

12. I Declare In Forma Pauperis that I am unable to pay the
13. entire filing fee at this time. I have no money or assets.
14. I also do not have access to law library, typewriter, or copy machine.

16. _____
17. 5/19/08

COMPLAINT                         - 4 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____ CV 08 2417 MMC (PR)

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ ____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

ALEXANDER

```
S03F09                                                        5/9/2008
                                                              5:29:45 AM

                        CANTEEN CORPORATION
                        SANTA RITA JAIL (FRIDAY)
                              Pick List
        Name: ROBERT SAMUEL
   Inv. Date: 05/09/2008                       Invoice: 5228612
          Id: AYC552         Module: S03F09    Serial #: 000221
==============================================================================
   Qty   Item                       Code #       Price         Amount
==============================================================================
    1    ENV (5 PK) STAMPED LEGAL    6122        $2.50         $2.50
    1    DRAWING TABLET              6129        $3.65         $3.65
    3    9X12 ENVELOPE               6105        $0.65         $1.95
    5
    4    RAMEN BEEF 3OZ              4412        $0.95         $3.80
    4
    2    SPICY TORTILLA CHIP         3109        $1.40         $2.80
    1    COFFEE 3OZ                  2104        $3.23         $3.23
    3
    1    PEANUT BUTTER 12OZ          4071        $3.08         $3.08
    1    OATMEAL/MAPLE               4116        $1.88         $1.88
    2
    1    BALL POINT PEN              6004        $0.70         $0.70
    1
    1    SULFUR 8                    8136        $3.45         $3.45
    1    BLUE  RAZOR SC              8366        $0.55         $0.55
    2
   ------------------------------------------------------------------------
   17
              Previous Balance:      $28.84   Base Sale:      $27.59
                   New Balance:       $0.40   Debitek:         $0.00
                                                   Tax:        $0.85
                                                 Total:       $28.44
   ------------------------------------------------------------------------
Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:
==============================================================================
   Qty   Item                       Code #   Reason
==============================================================================
    0                                 ****   Invalid Item Code
    1    COFFEE 3OZ                   2104   Insufficient Funds
    1    BEEF SALAMI 5OZ              4135   Insufficient Funds
```

Page 1

S03F09

5/2/2008
5:52:38 AM

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

Name: ROBERT SAMUEL
Inv. Date: 05/02/2008                                    Invoice: 5218852
     Id: AYC552        Module: S03F09                    Serial #: 000009
===============================================================================
    Qty    Item                           Code #       Price        Amount
===============================================================================
           ~~BK OF STAMPS (10PK)~~         6120         $4.10        $4.10
     1     OATMEAL COOKIES 14OZ           5111         $1.73        $1.73
           2
     6     RAMEN SHRIMP                    4414         $0.95        $5.70
           6
     2     CHEESE CURLS                    3114         $1.43        $2.86
     2     SPICY TORTILLA CHIP             3109         $1.40        $2.80
     1     COFFEE 3OZ                      2104         $3.23        $3.23
     1     PORK CRACKLIN SPICY             3108         $1.23        $1.23
     1     CHILI CORN CHIPS                3112         $1.28        $1.28
           7
     1     STRAWBERRY PRESERVES            4216         $3.08        $3.08
     1     PEANUT BUTTER 12OZ              4071         $3.08        $3.08
           2
     1     OREO                            5110         $0.90        $0.90
     1     TUBE SOCKS                      8134         $1.45        $1.45
           2
     2     DIAL SOAP 3.5OZ                 8106         $1.13        $2.26
           2
-------------------------------------------------------------------------------
    21
               Previous Balance:    $62.85    Base Sale:      $33.70
                    New Balance:    $28.84    Debitek:         $0.00
                                                  Tax:         $0.31
                                                Total:        $34.01
-------------------------------------------------------------------------------
Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:
===============================================================================
 Qty   Item                        Code #   Reason
===============================================================================
  2                                 413*    Invalid Item Code
  1    HANKERCHIEFS (3)             8179    Out Of stock

Page 1

Robert J. Alexander III
P07071 · AYC-552
5325 Broder Bl.
Dublin, CA 94568



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

OAKLAND CA
22 MAY 2008 PM 3 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

PERSONAL & CONFIDENTIAL Legal MAIL