FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 2987

Plaintiff, ) CASE NO. _____
)
vs. ) **PRISONER'S**
STATE OF CALIFORNIA, et al ) **APPLICATION TO PROCEED**
CDCR, BPH, REGION II DAPO, CCPOA, ) **IN FORMA PAUPERIS**
Alameda County Sherriffs Dept. )
Pleasanton Police Dpt.  Defendant. )
Sec. of Corrections James Tilton, CAIPA) )

MMC
(PR)

I, Robert J. Alexander, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _American Automotive Association;_
5  _Oakland Auto Guardian_
6  _Emergency Roadside Assistance_
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                 Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,             Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                               Yes ___ No _X_
14     d.  Pensions, annuities, or                  Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,      Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____
23 3.  Are you married?                           Yes _X_ No ___
24 Spouse's Full Name: _Sevon Atias_
25 Spouse's Place of Employment: _Applebees Resturant_
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _Min wage_     Net $ _Min wage_
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  My newborn son  S.A. due date 8-21-08
6  _____
7  5.  Do you own or are you buying a home?        Yes ___  No _X_
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile?            Yes _X_  No ___
10 Make _Toyota_  Year _95_  Model _Camry_
11 Is it financed? Yes ___ No _X_  If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?  Yes ___  No _X_  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s):  $_____
17 Do you own any cash?  Yes ___  No _X_  Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $____N/A____  Utilities: ____N/A____
23 Food: $____N/A____  Clothing: ____N/A____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____    $_____    $_____
27 ____N/A____    $____N/A____    $____N/A____
28 _____    $_____    $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Valley Care Medical group, Pleasanton California_
4  _30,000. medical bills._
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes _X_   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _CV 08 2727 MMC 2727 PR_
10  _CV 08 2417 MMC 2417 PR_
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  _6-22-08_                        [signature]
17  DATE                              SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                            **PRISONER'S ACCOUNT**
11
12     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Robert Samuel_ AYC-512 Po7o7/Alexander for the last six months
                                        [prisoner name]
14   _____ where (s)he is confined.
              [name of institution]
15     I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____                    _____
                                              [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 2987**.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**(PR)**

**E-filing**

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an <u>In Forma Pauperis</u> Application.

2. ___ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   ___ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   ___ You did not sign your <u>In Forma Pauperis</u> Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

ALEXANDER / SAMUEL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

I have not been incarcerated 6 months 3-26-08 I was incarcerated. This holding facility will not process my In Forma Pauperis application for me. Nor will the help me in any legal capacity.

6/22/08

IFP APPLI.-PRISONER (Rev. 4/06)

S03F06

```
                                                              6/6/2008
                                                              5:43:19 AM

                         CANTEEN CORPORATION
                         SANTA RITA JAIL (FRIDAY)
                              Pick List
         Name: ROBERT SAMUEL
    Inv. Date: 06/06/2008                       Invoice: 5270267
           Id: AYC552      Module: S03F06       Serial #: 000238
================================================================================
     Qty   Item                              Code #      Price      Amount
================================================================================
           BK OF STAMPS (20PK)                 6120       $8.40      $25.20
      1    FLOUR TORTILLA 10CT                 4110       $1.78       $1.78
      2    9X12 ENVELOPE                       6105       $0.65       $1.30
      6
      7    RAMEN CHILI 3OZ                     4415       $0.95       $6.65
      2    RAMEN SPCY BEEF 3OZ                 4417       $0.95       $1.90
      9
      3    CHEESE CURLS                        3114       $1.43       $4.29
      2    SPICY TORTILLA CHIP                 3109       $1.40       $2.80
      9    PORK CRACKLIN SPICY                 3108       $1.23      $11.07
      2    CHILI CORN CHIPS                    3112       $1.28       $2.56
      1    FRENCH VANILLA 3OZ                  2141       $3.93       $3.93
     17
      5    OYSTERS                             4433       $2.85      $14.25
      1    CLUB CRACKERS                       4113       $2.00       $2.00
      1    RIPPLE POTATO CHIPS                 3110       $1.88       $1.88
      7
      1    GREETING CARD,LOVE                  6119       $1.50       $1.50
      1
      2    DIAL SOAP 3.5OZ                     8106       $1.13       $2.26
      5    CREAM PIE,OATMEAL                   5123       $1.03       $5.15
      7
--------------------------------------------------------------------------------
     47
              Previous Balance:    $119.48   Base Sale:     $88.52
                   New Balance:     $30.54   Debitek:        $0.00
                                                 Tax:        $0.42
                                               Total:       $88.94
--------------------------------------------------------------------------------
Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:
================================================================================
    Qty   Item                              Code #   Reason
================================================================================
     2    OATMEAL/STRAWBERRY                   4117   Spending Limit Exceeded
     2    DONUTS 3OZ                           4145   Spending Limit Exceeded
     2    COFFEE 3OZ                           2104   Spending Limit Exceeded
     1    HOT CHEESE CRUNCHIES                 3115   Spending Limit Exceeded
     1    ATOMIC FIREBALLS                     1118   Spending Limit Exceeded
     3    BEEF SALAMI 5OZ                      4135   Spending Limit Exceeded
     1    STRAWBERRY PRESERVES                 4216   Spending Limit Exceeded
     2    SWISS ROLLS                          4142   Spending Limit Exceeded

                                Page 1
```

**S03F06**

6/13/2008
5:49:20 AM

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

Name: ROBERT SAMUEL
Inv. Date: 06/13/2008                                    Invoice: 5280147
         Id: AYC552         Module: S03F06               Serial #: 000243

================================================================================
  Qty    Item                              Code #         Price         Amount
================================================================================
   1     DRAWING TABLET                     6129         $3.65          $3.65
         1
   3     RAMEN BEEF 3OZ                     4412         $0.95          $2.85
         3
   3     SPICY TORTILLA CHIP                3109         $1.40          $4.20
   1     COFFEE 3OZ                         2104         $3.23          $3.23
   2     PORK CRACKLIN MILD                 3107         $1.28          $2.56
   1     FRENCH VANILLA 3OZ                 2141         $3.93          $3.93
   2     BIG BAG CAPPUCCINO                 2131         $1.83          $3.66
         9
   1     SPEED STICK 2OZ                    8112         $2.85          $2.85
         1
--------------------------------------------------------------------------------
  14
              Previous Balance:      $30.54    Base Sale:       $26.93
                   New Balance:       $3.07    Debitek:          $0.00
                                                   Tax:          $0.54
                                                 Total:         $27.47
--------------------------------------------------------------------------------

Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:
================================================================================
 Qty   Item                              Code #   Reason
================================================================================
  2                                       3122    Invalid Item Code

```
S03F06
                                                              6/20/2008
                                                              5:44:39 AM
                              CANTEEN CORPORATION
                           SANTA RITA JAIL (FRIDAY)
                                  Pick List
        Name: ROBERT SAMUEL
   Inv. Date: 06/20/2008                           Invoice: 5290166
          Id: AYC552          Module: S03F06       Serial #: 000235
   ================================================================
     Qty    Item                        Code #        Price     Amount
   ================================================================
       1    CHEESE CURLS                  3114        $1.43      $1.43
            1
   ----------------------------------------------------------------
       1
                 Previous Balance:       $3.07    Base Sale:     $1.43
                      New Balance:       $1.64    Debitek:       $0.00
                                                  Tax:           $0.00
                                                  Total:         $1.43
   ----------------------------------------------------------------
   Signature: _____
   WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.




                                  Page 1
```

Robert Alexander
PC SSR, P07071
325 Broder Bl.
Delhin, CA 94568

Personal/Confidential Legal Mail

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

T. JENNEIAHN
#A75 02208/0840


OAKLAND CA
JUN 26 2008 PM