"FILED"
JUL 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

July 21   July 22   July 23rd   July 24th

Deputy Carrera today wed. morning breakfast time, gave him a request for a grievance since he won't assist me.

08-2987 MMC

Yesterday Deputy Genrahm & his partner several times morning when his partner asked me to sign a extension of time to respond for the grievance Sgt. again during Pod Recreation time morning. Again when both were togeth in the pod during count. again when denrahm was accompa with a C.D.C. Parole Agent serving paperwork to violators in Bldg 3 Dinning hall. That evening when Deputy Carrera worl he refused to acknowledge me talking to him. Then at 0400 hrs. he refuses to again. Also threatens to do a cell extraction with 8-10 other Deputy's if I don't get ~~up a~~ bout of the cell and go stand in the multipurpose room till the next Deputy Suffy comes on Shift at 8:00 am and watch t.v.. These Deputys have made it common practice to use intimidation tactics and threats as there guidlin for Departmental operations. Not realizing that as a sworn Deputy. Gov. Ethics code is what binds them to standards expected and represented by the Great Seal of the State of California. There collective attempt to under he pursuit of justice by the U.S. District Court Shou n arrogance that must be addressed. According to them,t elieve that the court order has nothing to do with em, as if they're immune to any judicial repreman

(Page 1 of 2)

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Prisoners of CDCR. P07071 & T84423

NAME: Alexander / Samuel Robert Gansah    CDCR Prisoners PFN: AYC-552 / BBL-427

HOUSING UNIT: Santa Rita ALA. DETENTION / Correction   DATE: 7-18-08
3FB

NATURE OF GRIEVANCE: (Give specific details) Gov. Ethics code violation of Due process Rights

In regards to Alameda County Sheriff's Office, Inmate Diciplinary Notification Report. Report # 08501505 Dated 07/16/08. PD-631(Rev 2/08) Signed by Diciplinary Deputy #292 Dela Cruz. This Inmate Grievance form acts as the appeal notification Exhausting administrative remedies; prior to filing a Petition and or Civil action. See also P.C. 832.5 Citizens Complaint Dated 7-16-08. Tracking number 086-S1144; ML-51 and CDCR Complaint filed with the APPEALS Coordinator Region II Parole Headquarters CC: Assistant Regional Parole Administrator. (510)622-4701; 1515 Clay ST. 10th Floor Oakland, CA. 94612) Imate's Alexander P07071 aka Samuel AYC-552 and GanSah T-84423 BBL-427. On 7-14-08 Deputy Carrera at Santa Rita Conducted a Bias Disciplinary hearing. First off he claims to have discussed the issues prior to the hearing in the locker room with the reporting co-worker at shift change and he claimed to have preconcieved oppinions on bias feelings. Describing all inmates as liars. Both GanSah & Alexander are CDCR Prisoners returned to Custody for 5 months & 11 months. Both being the Petitioners in this APPEAL. Note Deputy Carera is not a Supervising officer. Both Petitioners had waived time for 24 hrs. Both inmates asked for witnesses to be present. Both Petitioners have medical verification in ie CDCR & ALA county Sheriffs medical records to support Their defense. No investigative employee was provided to assist in gathering information, records, statements etc. Nor was the bare minimum time Waver allowed to prepare. (Continued on P.2)

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [signatures]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: R. MARTINEZ   BADGE #: 1905   DATE: 071908

[ ] RESOLVED – INMATE ACCEPTANCE: ____
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ____   TRACKING NUMBER: 08 9-S1159

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

*[Handwritten margin note at top:]* ... records Dept. and Disciplinary Deputy. All disciplinary actions is in litigation. Therefore Implementation shall be postponed, until the conclusion of APPEAL

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
### INMATE GRIEVANCE FORM

Prisoners of CDCR P#T844T87443

NAME: ~~Alexander~~ Samuel Posey ~~CDCR Prisoners~~   PFN: AYG-552/~~BRL~~

HOUSING UNIT: 4/A, Detentions/Corrections   DATE: 7-18-08
3 F 6

NATURE OF GRIEVANCE: (Give specific details) (Continued from P.1)

PETITIONERS were Denied their Due Process Rights under WOLFF V. MCDONNELL (1974) 418 U.S. 539, Penal Code Section 2932 SUBDIVISION (c)(3) AND TITLE 15, CAL. Admin. Code Section 331(e) TO HAVE INMATE Present AS A WITNESS AT HIS DISCIPLINARY HEARING. THE FAILURE OF PRISON OFFICIALS TO APPOINT A STAFF ASSISTANT VIOLATED PETITIONERS RIGHT TO A FAIR HEARING AS PROTECTED By TITLE 15, CAL. ADMIN. CODE SECTIONS 3315 (d) And 3318 (b) AND THE DUE PROCESS CLAUSES OF THE STATE AND FEDERAL CONSTITUTIONS. In Wolff v. McDonnell (1974) 418 U.S. 539, 566, the Supreme Court Stated that "[an] inmate facing disciplinary proceedings should be allowed to call witness and present documentary evidence in his defense when permitting him to do so will not be unduly hazardous to institution safety or correctional goals". United States Supreme Court has affirmed the constitutional right of an inmate to present friendly witnesses unless his disciplinary board had a legitimate basis for excluding them in PONTE V. REAL (1985) 105 S.CT. 2192, 2201. The Court further held that the Due Process Clause of the Fourteenth Amendment does require prison officials to state their reasons for refusing to call witnesses requested by an inmate at a disciplinary hearing. (Id. at p. 2197) "To hold that the Due Process Clause confers a circumscribed right on the inmate to call witnesses at a disciplinary hearing and then conclude that no explanation need ever be given or vouched for the denial of that right... would change an admittedly circumscribed right into a privilege conferred in the unreviewable discretion of the disciplinary board. We think our holding in Wolff, Supra, meant something more than that.

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2 (continued on page 3)
(Ponte V. Real, Supra, at p. 2197) INMATE SIGNATURE: [signature]

*** DO NOT WRITE BELOW THIS LINE — ADMIN USE ONLY ***

RECEIVED BY DEPUTY: R. MARTINEZ   BADGE #: 1905   DATE: 071908

[ ] RESOLVED – INMATE ACCEPTANCE: _____   [X] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE.   DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____   TRACKING NUMBER: 08G-51159

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

Exhausting
Administrative
Remedies!

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM

NAME: SAMUEL, ROBERT Alexander CDCR Prisoners  PFN: AYC-552/BBL-427
HOUSING UNIT: A.T.H. Detentions/Corrections 3F6  DATE: 7-18-08

NATURE OF GRIEVANCE: (Give specific details) (Continued from P.2)

Penal Code Section 2932, Subdivision (a)(3) is a codification of the Supreme Court's holding in Wolff and requires that the reasons for the denial of witnesses "SHALL be set forth in writing and a copy of such document shall be presented to the prisoner." This statute reflects the Legislature's recognition of the importance of establishing the written record at the time of the hearing to insure the exclusion of witnesses was not arbitrary. Further, Title 15, Cal. Admin. Code Section 3315(e) requires the presence of both friendly and adverse witnesses "when called by the inmate to a disciplinary hearing" unless the person conducting the hearing has specific reasons to deny this request." Additionally, under Section 3315(e), the reasons for denial must be documented on the rule violation report. When charged with a serious rule violation and housed in a lockup unit, a prisoner is unable to collect information to build a defense. He was, therefore, clearly entitled to counsel-substitute either in the form of an (I.E.) Investigative Employee, a staff assistant, or both, to help him prepare his case. (Title 15, Cal. Admin. Code Sections 3315(d), 3318 (a) and (b).) Starting with the assumption that an inmate has already been determined to be unable competently to pursue the matter without assistance, it can hardly be considered "adequate" that he is provided with a staff member whose duties as well as his legal require that he report important information to the inmate adversary. An inmate can not reasonably be expected to reveal such information to the Staff assistant on pain of further punishment or other measures, yet the prison itself has already determined that the inmate is not competent to proceed on his own. Clutchette v. Enomoto (N.D. Cal. 1979) 471 F.Supp. 113, 1117.) Inmates are entitled to a Neutral and Detached, Fair & Impartial hearing officer. Not the coworker who was prejudiced & Bias partiality.

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

CC: Executive Office
5325 Broder Bl.
Dublin, CA 94568

INMATE SIGNATURE: [signed]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: R. MARTINEZ  BADGE #: 1905  DATE: 071908

[ ] RESOLVED – INMATE ACCEPTANCE: _____
    EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
    DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____

TRACKING NUMBER: 08G-S1159

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

P.C. 832.5
'Citizens Complaint'

Exhausting Administrative Remedies

# H25646 (ALA)(Pro-Per)
cdc # P07071

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Robert Samuel/Alexander : Pro-Per    PFN: AYC-552
HOUSING UNIT: 3 bldg. F-Pod Cell # 6        DATE: 7/16/08

NATURE OF GRIEVANCE: (Give specific details)

On 7-13-08 Deputy # 1975 T. Jenniahn gave instructions to the 2nd watch bldg. 3 Technician. To make an announcement over the cell intercom in regards to the immediate need for mattresses. Due to the housing unit staff having none available. In doing so, she goes on to give an additional inmate option to push your cell intercom button to inform her if you-the inmate has an extra mattress. Assuring the inmates a verbal contract that in doing so. The housing unit deputy will not "Tear your house up". Basically suggesting that accountability will be awarded with not being inconvenienced with a retaliatory or punishment of an inmates cell being ramsacked by the housing unit deputy. However this wasn't the result when I pushed my cell intercom button to do as instructed. Soon thereafter the housing unit deputy approaches the door as I am already standing their waiting for the Technician to electronically open the cell door. Just as she did the cell doors next to mine. When the deputy opened my cell door, he asked what was up with me having an extra mattress. I don't have a chrono. So I did inform him that, however the (new mattresses) they have in the bldg 3 closet are much thicker. So that it doesn't affect the pressure on old injuries. I went to my bed pulled out the extra mattress and threw it out the cell as directed by the deputy. upon doing so I asked him if I can trade my old mattress for one of the new/improved mattresses. (continued)

*** DO NOT WRITE ON THE BACK OF THIS FORM.  USE ANOTHER FORM, WRITE PAGE 2

He denied us morning recreational time without merit.

INMATE SIGNATURE: [signed]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: T. JENNIEJAHN    BADGE #: 1975    DATE: 071608

[ ] RESOLVED – INMATE ACCEPTANCE: _____
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. QUIN    TRACKING NUMBER: 086-S1144

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

P.2 oR 2    P.C. 832.5
Citizens Complaint'    Exhausting
Administrative
(Pro. Per)
A256,46 (ALA)
CDC # P07071

## ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM

NAME: Robert Samuel/Alexander: Pro-Proper    PFN: AYE552
HOUSING UNIT: 3 bldg. F-Pod Cell #6    DATE: 7-16-08

NATURE OF GRIEVANCE: (Give specific details) {Continued from P. 1 of 2} AIR HANDX

{Deputy Martinez had prior Knowledge of me having the additional mattress. I am currently awaiting the request for my medical file archive from CDCR. Medical State records can verify this fact. I have numerous medical chronos that are documented upon my CDCR records. This is why Deputy Martinez gave me a discretional pass for the time being. However he did inform me to keep him posted on the developments with obtaining documentation.} Deputy #1975 denied the fact of the new mattresses and insisted that the Housing unit #3 has, in fact, no mattresses at present. Anyhow he closes the door and continues to direct the Housing unit Pod inmate workers to retrieve the mattresses that were in the Pod area. Approximately 20 min later he returns to escort my celly and I out to the Bldg. 3 Dayroom area, locks the door, and then proceeds to do a cell search while being supervised by his inmate pod worker. Upon completion he confirms his intention of using the search as a form of harassment. He totally ransacked the cell! Leaving garbage, (salty) canteen, books, hygiene [illegible] bedding [illegible], other [illegible] etc. all over the cell with major of the bedding and toothbrushes on the floor. He confiscated my legal materials that Deputy Guffy & Attorney Mark Demming gave me. He instructed the Next watch Deputy not to allow my cell #6 to have evening Pod Recreation. Also Attempted to force us to clean up his mess.

*** DO NOT WRITE ON THE BACK OF THIS FORM.    USE ANOTHER FORM, WRITE PAGE 2 Left outside the cell!

He also made the whole pod eat in the cell.    INMATE SIGNATURE: [signature]
as Punishment    *** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***    2 hrs. later during Count

RECEIVED BY DEPUTY: T. JENNEJAHN    BADGE #: 1975    DATE: 071608

[ ] RESOLVED – INMATE ACCEPTANCE: _____    [X] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.    DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Quin    TRACKING NUMBER: 08G-51144

COPIES: White - Staff use
Yellow - Inmate Receipt Copy    ML – 51 (rev 8/06)

Citizens Complaint

## ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
## INMATE GRIEVANCE FORM
EMERGENCY RESPONSE

NAME: Robert Samuel/Alexander  PFN: AYC-552
HOUSING UNIT: 3-F-6  DATE: 6-5-08

NATURE OF GRIEVANCE: (Give specific details)

On or around 6-1-08 or soon thereafter, I submitted a ML-76 Rev 9/06 ALAMEDA COUNTY SHERIFF'S OFFICE Detentions And Corrections Division: MESSAGE REQUEST. To Deputy Blanco Housing unit 3. He recieved it, yet failed to document his Deputy name and Date recieved on the request. Also failed to respond on the back of the request and sign as being the person responding. Along with the fact that he never returned the document. On 6-2-08 I submitted another ML-76 REV 9/06 REQUEST MESSAGE REQUEST to: PERSON TO CONTACT: Records Sgt. or Technician. I recieved a response. The document didn't have a (person Responding Signature, Deputy Recieving Request signature, or Date recieved signature. The response however give conflicting information. On the response: YOU ARE NOT SENTENCED YET + THERE IS NO NEW COURT DATE AT THIS TIME. On the front of the document the respondent wrote (6/16/08). later identified as a new court date. 6-5-08; I am Submitting a new ML-76 REV 9/06; the verbage being: (My Superior Court Docket # is H25646; (1) What is my bail? (2) If their is any parole hold; when was it placed? (3) Parole can not place a hold on a case/Docket number that is under the jurisdiction of Dept. 9 honorable Judge Goodman (4) I have not been Sentenced (5) My Next court date is 6-16-08. (6) I am not on Parole at this time.> It is clear and aparent that the deputies at ALAMEDA COUNTY SHERIFF'S OFFICE DETENTIONS AND CORRECTIONS DIVISION are obstructing justi[ce]

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2
INMATE SIGNATURE: [signature]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: BRANCO  BADGE #: 1930  DATE: 6-12-08

[ ] RESOLVED - INMATE ACCEPTANCE: ___
    EXPLAIN RESOLUTION ON REVERSE SIDE.
[X] CAN NOT BE RESOLVED AT THIS LEVEL
    DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ___  TRACKING NUMBER: 086-50934

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

## ALAMEDA COUNTY SHERIFF'S OFFICE

### INMATE DISCIPLINARY NOTIFICATION REPORT

DATE: 07/16/08        HOUSING LOCATION: 3F

PFN: AYC 552  NAME: Samuel, Robert  REPORT NUMBER: 08S01505

You have lost ___57___ days privileges:

[X] Visiting    [X] Commissary    ( ) Other: _____ From 07/19/08 TO 09/13/08

You will be placed in disciplinary isolation for _____ days.
FROM _____ TO _____.

**NOTE** While in disciplinary isolation you are not entitled to Commissary or Visiting privileges.

You will be placed on disciplinary diet for _____ days. From _____ To _____.

You have lost _____ days good/work time. You have had _____ days good/work time restored.

REMARKS: _____

_____

_____

**An appeal can be filed through the "Inmate Grievance Procedure".**

Your release date has been changed from _____ to _____.

_____          _____
Dela Cruz #292
Disciplinary Deputy                              Records Officer

INMATE COPY

PD – 631 (Rev 7/08)

EMERGENCY PRIORITY RESPONSE

# Prison Health Services Medical Request Form
[Forma de la Petición de los Servicios Médicos]

- Inmate – do not write in shaded area. [El interno – no escribe en área sombreada.]
- Place this form in the sick call box or give it to medical staff. [Poner esta forma en la caja enferma de la llamada o darla al personal médico.]
- If you do not complete all information, your appointment may be delayed. [Si usted no termina toda la información, su cita puede ser retrasada.]
- A copy will be given to you after the visit. [Una copia le será dada después de la visita.]
- You may be charged $3.00 for each health care visit. [Usted puede ser cargado $3.00 para cada visita del cuidado médico.]

CDC # Inmate

| DATE [FECHA] | NAME [NOMBRE]: LAST [PASADO]  FIRST [PRIMERO]  MIDDLE [MEDIO] | DOB [NACIMIENTO] | PFN [ID] |
|---|---|---|---|
| 6-11-08 | Alexander  Robert  J | 3-29-78 | P07071 |

HOUSING LOCATION [LOCALIZACIÓN DE LA CUBIERTA]
SRJ: UNIT [UNIDAD] 3   POD/CELL [CÉLULA] F-9   GDDF: FLOOR [PISO] ____ POD/CELL [CÉLULA] ____

**RELEASE OF RESPONSIBILITY** [LANZAMIENTO DE LA RESPONSABILIDAD]
I am refusing sick call due to [Estoy rechazando la llamada enferma debido a]: _____
Date [FECHA] ____ Inmate's Signature [Firma Del Interno] _____ Refused to Sign [Rechazado para Firmar] ☐

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

I am a CDC # P07071 parolee/prisoner I am comitted to the director by Superior Court Docket # H25646. I am processed to Superior Court by County of Alameda AYC-552. I have not been recieving my medication, chronos, and doctor prescribed medical evaluations and treatment reviews. My medical file must be reviewed and thoroughly evaluated. I am not a Sole County Inmate. I also have Shoe chrono, lwr-tear, etc.

Signature of Patient [Firma de la Paciente] _____   Date [Fecha] 6-11-08

WHITE: Accounting    PINK: Health Services File    CANARY: Inmate/Patient    Revised 1/24/08

I am also requesting a ADA Medical Appeal form

## INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: **08G-S0643**

| INMATE: | **Alexander, Robert** | PFN: | **AYC552** | HOUSING UNIT LOCATION: | **3F09** |

GRIEVANCE IS   AFFIRMED: ____   DENIED: **XX**   WITHDRAWN: ____   RESOLVED: **XX**   REFERRED: **XX**

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance dated **March 3, 2008**. In your grievance, you made the following claim(s):

1- Your pod does not have a functioning water fountain.
2- You are not being provided weekly cell cleaning opportunities.
3- You are not being provided any yard or recreational time.
4- You have requested California Department of Correction (CDC) Appeals Form (CDC602) but the housing unit deputies say there are none available.
5- You have not been provided a current Title 15 booklet.
6- You are provided only shower thongs and not state funded shoes.
7- Your outgoing mail is being delayed because your are often being fed breakfast after 6:00 am.

**Response:**

1- The Grievance Unit verified the water fountain in your pod is being scheduled for repair. This portion of your grievance is **RESOLVED**.
2- The Grievance Unit verified a new weekly cell-cleaning schedule will be created by the housing unit deputy. This portion of your grievance is **RESOLVED**.
3- The Grievance Unit verified a new rotational yard schedule will be created by the housing unit deputy. This portion of your grievance is **RESOLVED**.
4- The Grievance Unit verified the housing unit deputy provided you with a CDC602 form. This portion of your grievance is **RESOLVED**.
5- You are not entitled to the Title 15 booklet; however, you are welcome to submit a request for specific Title 15 information on a Legal Assistance Form. This portion of your grievance is **REFERRED** to Legal Assistance.
6- Unless you have a specific medical need and an order from a Prison Health Services doctor, you are not entitled to any footwear other than the jail-issued sandals. This portion of your grievance is **DENIED**.
7- The Grievance Unit acknowledges that occasionally regular housing unit events, such as feeding, are delayed for a number of reasonable circumstances. When this happens to delay outgoing mail, every effort is made to minimize the delay, which is no more than 24 hours. This is a reasonable resolution to an unfortunate, but understandable circumstance. This portion of your grievance is **DENIED**.

| | | |
|---|---|---|
| Investigating Supervisor: B. S. Quin, Sergeant (Bo.#7319) | | Date: 050308 |
| Inmate's Signature: | | Date: 5-15-08 |
| Do you wish to appeal this ruling? Yes _X_  No ____  Refused to Answer | | Date: 5-15-08 |
| Appeal Officer: P. J. Kennedy, H. | Recommendation: Concur | Date: 05/16/08 |

Reason for affirmation or denial: (If different from above)

| | | |
|---|---|---|
| Commanding Officer: J. Fink #1013 | Recommendation: Agree | Date: 05/23/08 |

ML52 (Rev.01/01/05) BSQ/mb

**ENTERED MAY 2 8 2008**

## ALAMEDA COUNTY SHERIFF'S OFFICE
## Application for County Parole



### GENERAL INFORMATION

At the time you apply for County Parole, you must have completed one-half of your sentence. Parole, if granted, will only be granted within the last 50 days of your sentence. You will NOT be granted County Parole if you are in custody for, or have a recent history of; violent crimes, aggressive sex crimes, crimes involving firearms, drug sales or probation violations unless you have served AT LEAST 90 DAYS. You may be denied County Parole for disciplinary actions or for information that leads the County Parole Board to believe you would be unlikely to successfully complete your parole. You may not be paroled a second time for the same basic crime, nor will you be paroled more than three times in your life.

**You will substantially increase your chances of County Parole if you take active measures while in custody to improve your situation and reduce your chances of returning to custody in the future.** Such measures include, but are not limited to, enrollment in and successful completion of educational programs and self-improvement courses offered through Inmate Services. Under normal circumstances, the Parole Board meets twice monthly to consider applications. Input from Alameda County staff, both positive and negative, is taken into consideration when available. Failure to accurately disclose any requested information will disqualify you.

NAME: _Robert Samuel aka Robert Alexander_  PFN: _AYC·552_  HOUSING: _3·F·6_

RELEASE INFO: WORK TIME RELEASE: _2-09_  HALF TIME: _____

ANY "WRITE-UP?"  NO: _X_  YES: ____  WHEN: _____

EXPLAIN: _____

HOME ADDRESS: _4872 Bernal Ave_  CITY: _Pleasanton_  PHONE: _(925) 249-0558_

EMPLOYER: _B&S Hacienda Auto body_  WORK ADDRESS: _Scarlett Ct. Dublin CA._

DRUG/ALCOHOL PROBLEMS? _No_  TREATMENT: _____

BEEN IN PRISON? _yes_  WHEN: _1998_  WHERE: _Soledad, Pleasant Valley_

ON PROBATION? _No_  PROBATION OFFICER'S NAME: _____

ARRESTS OUTSIDE ALAMEDA COUNTY? _No_  WHERE: _____

DETAILS: _____

LIST WORK OR SELF-IMPROVEMENT PROGRAMS YOU ARE ENROLLED IN: _Access Community health programs, Los Positos Community College_

Under penalty of disqualification, I declare the above-listed information to be true to the best of my knowledge. I understand that qualifying for release on County Parole does not guarantee my participation in the program; that sole discretion on my acceptance lies completely with the County Parole Board.

_____  _AYC·552_  _6-08_
Inmate Signature                  PFN         Date

(Revised 05/02/07)

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

NAME: Robert Samuel/Alexander P07071   PFN: AYC·552
HOUSING UNIT: 3·F·6   Detentions & Corrections Division   DATE: 6·19·08

NATURE OF GRIEVANCE: (Give specific details)

Today at or around 12:00 noon I pushed my cell medical emergency button in attempts to notify the housing unit deputy that I need medical attention. Soon thereafter there was no response; however the cell door was electronically opened by the control tower. Upon observation, void verbal instruction from the housing unit Deputy. I noticed that there was numerous inmates proceeding outside there cell picking up lunches & retrieving hot water, and disposing trash. I then proceeded to the POD. room intercom button by the trash can. I notified the technician that my cell intercom isn't working and I need to see the deputy for my medical reasons. The technician stated to talk louder than the intercom is designed to transmit. Therefor making a distorted communication attempt. After returning to my cell after retrieving my lunch ration and a cup of hot water. When I'm inside my cell Deputy Guffy shook my cell door then immediately left. After another attempt to notify him that I need medical attention I was ignored. However, immed...

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2
INMATE SIGNATURE: _____
*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: _____   BADGE #: _____   DATE: _____

[ ] RESOLVED – INMATE ACCEPTANCE: _____    [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.           DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____   TRACKING NUMBER: _____

COPIES: White - Staff use
        Yellow - Inmate Receipt Copy                         ML – 51 (rev 8/06)



**RECEIVED**
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Personal & Confidential / Legal Mail