FILED
08 AUG 11 AM 8:06
[U.S. DISTRICT COURT stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Robert_ _____ )
)
Plaintiff, ) CASE NO. C 08-2987 MMC
) PR
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
_STATE_ _____ ) (Non-prisoner cases only)
)
_C_ _____ Defendant. )

I, _Robert_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____
Employer: _American Automotive Assoc._____ (AAA)
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2.     Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |        a.     Business, Profession or                Yes ____ No __✓__
8 |               self employment?
9 |        b.     Income from stocks, bonds,             Yes ____ No __✓__
10|               or royalties?
11|        c.     Rent payments?                         Yes ____ No __✓__
12|        d.     Pensions, annuities, or                Yes ____ No __✓__
13|               life insurance payments?
14|        e.     Federal or State welfare payments,     Yes ____ No __✓__
15|               Social Security or other govern-
16|               ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _____ N/A _____
20| _____
21| 3.     Are you married?                              Yes __✓__ No ____
22| Spouse's Full Name: _Seven Atias_
23| Spouse's Place of Employment: _Apple Store_
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____ Net $_____
26| 4.     a.     List amount you contribute to your spouse's support:$ ___N/A___
27|        b.     List the persons other than your spouse who are dependent upon you for support
28|               and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.  Do you own or are you buying a home?  Yes ___ No _X_
5  Estimated Market Value: $___N/A___ Amount of Mortgage: $___N/A___
6  6.  Do you own an automobile?  Yes _X_ No ___
7  Make __Ford__ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s): $ _____
14 Do you own any cash? Yes ___ No _X_ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)  Yes ___ No _X_
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ _____ Utilities: _____
20 Food: $ _____ Clothing: _____
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____$_____        $_____
24 _____$_____        $_____
25 _____$_____        $_____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

- 3 -

1   _for Emergency and temporary injunction_

2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ✗   No ___
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _C_____ (PR)/C_____
7   _U.S. District_____ District____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.

11  _7/31/08_                    _[signature]_
12      DATE                     SIGNATURE OF APPLICANT

- 4 -



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT. © USPS 2008