IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ALEXANDER,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al.,

        Defendants.
                                       /

No. CV-08-2987 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.


Dated: August 19, 2008                                    Richard W. Wieking, Clerk

                                                                        *Tracy Lucero*

                                                                           By: Tracy Lucero
                                                                           Deputy Clerk